UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61418-CIV-ZLOCH

INEZ K. MCKENNA,

        Plaintiff,                  **DEFAULT FINAL JUDGMENT**

vs.

LAURENCE A. HECKER

        Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiff Inez McKenna's Motion For Entry Of Default Final Judgment (DE 7). The Court has carefully reviewed said Motion and the entire Court file and is otherwise fully advised in the premises.

    Plaintiff initiated the above-styled cause with the filing of a Complaint (DE 1) on September 8, 2008, and on or about September 8, 2008, Plaintiff served Defendant Laurence A. Hecker with a copy of the Summons and the Complaint filed herein and said Defendant has failed to file the appropriate Motion or responsive pleading within the time prescribed by law. Therefore, all facts alleged in Plaintiff's Complaint are established by virtue of Defendant's default.

    By prior Order (DE 6), the Court entered a default against Defendant Laurence A. Hecker. Pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, (hereinafter "FDCPA") Plaintiff is entitled to recover statutory damages of up to $1,000.00 for each violation of the FDCPA, plus attorney's fees and costs. 15 U.S.C. § 1692k(a)(2)(A) 2006. Additionally, pursuant to the Florida Consumer Collection Practices Act, Florida Statutes §

559.55 <u>et seq.</u>, ("FCCPA") Plaintiff is entitled to recover statutory damages of up to $1,000.00 for each violation of the FCCPA.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Court has personal jurisdiction over the Parties hereto and the subject matter herein;

2. Plaintiff Inez McKenna's Motion For Entry Of Default Final Judgment (DE 7) be and the same is hereby **GRANTED**;

3. Pursuant to Federal Rules of Civil Procedure 55 and 58, Default Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff Inez K. McKenna and against Defendant Laurence A. Hecker;

4. Plaintiff Inez K. McKenna does have and recover from Defendant Laurence A. Hecker the sum of $2,000.00, together with post-judgment interest thereon at the rate of 1.59% per annum, for all of which let execution issue; and

5. The Court shall award attorney's fees and costs by a separate Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _15th_ day of October, 2008.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record